RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 03 2015

Abel Acosta, Clerk

No 05-13-00839-CR

Torey Laquon Boykin

Vs.

The State of Texas

In the Texas Court
of Criminal Appeals
At Austin

SEEKing Discretionary Review From A Decision
By The Court of Appeals For The Fifth District
of Texas, at Dallas In Cause No. 05-13-00839-cr
petitioners Torey Laquon Boykins Motion To
Extend Time for Filing Petition for Discretionary
Review.

FILED IN
COURT OF CRIMINAL APPEALS
JUN 03 2015
Abel Acosta, Clerk

To The Honorable Judges of said Court:

Comes Now, Petitioner, Torey Laquon Boykin. Pro-se
Respectfully Requests that the time for filing for Petitioner
Torey Laquon Boykins Petition for Discretionary Review, in the
above-styled and numbered cause be extended. In support of
this motion the petitioner would show the court the following:

I.

In Cause No. 366-82130-2012. Appellant was convicted of
Aggravated Robbery and punishment was assessed ot confinemet
for 40 years in the Texas Department of criminal Justice, Institutional
Divison. The court of Appeals affirmed the appeal on May 12
2015.

II.

The Present deadline for filing of Petitioner/Appellant's
Petition for Discretionary Review is June 11 2015. Petitioner
Respectfully Requests an Extension of time and June, 25, 2015.

## III.

No Previous extension of time has been granted.

## IV.

Petitioner would Show the Court that a Reasonable explanation exists for the requested extension. The facts on which Petitioner relies to reasonably obtain the Right to this extension are as Follow:

Petitioner has not had Sufficent time after receipt of the opinion of the Court of Criminal Appeals to prepare his Petition for discretionary Review, Prose, for filing with this Court.

WHEREFORE, PREMISES CONSIDERED, Petitioner Respectfully Requests that the time for filing of the Petition for Discretionary Review be extended to the Aforementioned date.

ToRey Lamen Boykin

### Certificate of Service

I hereby certify that a true copy of the foregoing motion has been mailed on the Assistant District Attorney for Dallas County Appellate Section, Frank Crowley Courts Building, L.B. Box 17 Dallas, Texas 207-4399 by depositing Same in the United States mail Postage Prepaid on the 18 day of May 2015

Petitioner Torey Lagoon Boykin